**Opinion issued July 11, 2019.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00546-CV

————————————

**HASSELL CONSTRUCTION COMPANY, INC., AND JAMES C. HASSEL, Appellants**

**V.**

**R. HASSELL & CO., INC., R. HASSELL BUILDERS, INC., R. HASSELL HOLDING CO., INC. AND G.R. GROUP RESOURCES, LLP, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-61995**

---

## MEMORANDUM OPINION

On June 4, 2019, this Court entered an order abating this appeal while approval of a settlement agreement was pending before a federal bankruptcy judge. Appellants Hassell Construction Company, Inc., and James C. Hassel have informed

the Court that the settlement agreement has been approved. Pursuant to the terms of that settlement agreement, appellants also filed an unopposed motion to reinstate this case and dismiss their appeal with prejudice. No opinion has issued in this case. Accordingly, we grant the motion to reinstate the appeal, we lift the abatement of the appeal, and we dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). All costs incurred on appeal are taxed against the party incurring them and any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.